Room No. 17613
Tel. No. 597-1178

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 7, 2015 |
| vs. | : | |
| | : | |
| JOSE GONZALEZ | : | Criminal No. 14-448-01 |
| U.S. MARSHAL 69456-066. | | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing Hearing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>October 1, 2015</u> at <u>10:00 a.m.</u> before the Honorable <u>John R. Padova</u>, in <u>Courtroom 17B</u>.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED**.

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

S/ Michael Beck
Michael Beck
Deputy Clerk to Judge Padova

<u>No</u> INTERPRETER REQUIRED

Notice to:  Defendant
R. Thompson Defense Counsel      M. Rotella , A.U.S.A. (VIA EMAIL)
(VIA EMAIL)                      U.S. Marshal (VIA EMAIL)
                                 Probation Office (VIA EMAIL)
                                 Pretrial Services (VIA EMAIL)
                                 Larry Bowman, Clerks Office (VIA EMAIL)

THIS HAS BEEN RESCHEDULED FROM